Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor,<br><br>         Defendants. | Case No. 3:06-cv-____  ____ |

SAFECO'S DISCLOSURE STATEMENT

Safeco Insurance Company of America, by and through its attorneys, Guess & Rudd P.C., hereby complies with Rule 7.1(a) of the Federal Rules of Civil Procedure by identifying Safeco Corporation as its parent corporation, which holds 100% of the stock of Safeco Insurance Company of America.

```
                    GUESS & RUDD P.C.
                    Attorneys for Plaintiff

               By:      S/Gary A. Zipkin
                    Guess & Rudd P.C.
                    510 L Street, Suite 700
                    Anchorage, Alaska  99501
                    Phone: 907-793-2200
                    Fax:   907-793-2299
                    Email: gzipkin@guessrudd.com
                    Alaska Bar No. 7505048
```

F:\data\5500\182\pleading\03disclosurestatement.doc