Michael R. Wirschem, Ak Bar #95-11049
LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone:    907.565.5663
Fax:      907.565.5684
E-mail: mikewirschem@gmail.com

Attorneys For The Defendants

*RECEIVED FEB 1 6 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) vs. ) ) LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, ) ) ) ) ) ) Defendants. ) ) | Case No. 3:06-cv-15-RRB |

**DEFENDANTS' WAIVER OF SERVICE OF SUMMONS**

COMES NOW the Defendants in the above-captioned action, by and through their attorneys, the LAW OFFICE OF CRIS W. ROGERS, and, pursuant to Fed. R. Civ. P. 4(d)(1), waives service of a summons without waiving objections to venue or jurisdiction. Defendants' Answer To Complaint For Declaratory Relief is filed herewith.

DATED this 16th day of February, 2006, at Anchorage, Alaska.

LAW OFFICE OF CRIS W. ROGERS
Attorneys For The Defendants

S/ Michael R. Wirschem
Michael R. Wirschem
AK Bar # 95-11049

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2006, a true and correct copy of the foregoing was sent by messenger (and courtesy copy via fax) to the Plaintiff's attorneys of record as follows:

Gregory G Silvey
Gary Zipkin
Guess & Rudd, P.C.
510 L. St.  Suite 700
Anchorage, Ak 99501
Fax: 907.793.2299


  S/ Michael R. Wirschem
Law Office Of Cris W. Rogers