UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAFECO INSURANCE CO OF AMERICA   v   LOREN MORGAN, et al

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk    CASE NO.  4:06-cv-00015-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS** DATE: March 8, 2006

Defendant's Answer to the Complaint, filed with this Court at Docket 4, states that the parties are also proceeding before the Superior Court of the 3rd Judicial District at Anchorage, case 3AN-06-5293CI.

The complaint before this Court was not filed as a Removal, and it appears that there is activity occurring in both the State and Federal cases.

The parties are directed to meet and file a report with this court as to the procedural status of the State and Federal cases.

[306-cv-15-RRB Minute Order]{IA.WPD*Rev.12/96}