Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, )<br><br>            Plaintiff, )<br><br>vs. )<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, )<br><br>            Defendants. ) | Case No. 3:06-cv-15-RRB |

SAFECO'S REPORT RE PROCEDURAL STATUS


        On March 8, 2006, the court issued an order that the

parties meet, confer, and file a report on the procedural status

of this matter, and the state court action <u>Loren Morgan v. Safeco</u>

<u>Insurance Company of America, Ribelin Lowell Insurance Brokers,</u>

<u>Inc. and Alaska USA Insurance Brokers, LLC</u>, Case No. 3AN-06-5293

Civil.  The parties have exchanged written drafts of reports, but

have not been able to agree on the contents of such a report.

This effort has been hampered by defendants' counsel's insistence

that there be no oral communication with him by Safeco's counsel. The proposed reports are so far apart in tone and substance that further exchange of letters and drafts seems unlikely to achieve a single report that will satisfy both sides.  Rather than belabor the process further, Safeco submits this report of the parties' unsuccessful efforts, and attaches copies of the parties' draft reports exchanged thus far.  (Exhibits A – C). The parties' respective positions on the procedural status of the two cases is reflected in the competing drafts that the parties have exchanged.

DATED at Anchorage, Alaska, this 15th day of March, 2006.

GUESS & RUDD P.C.
Attorneys for Plaintiff

By: _____S/Gary A. Zipkin_____
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: gzipkin@guessrudd.com
        Alaska Bar No. 7505048

F:\data\5500\182\pleading\06Safecoreport.doc

CERTIFICATE OF SERVICE
I hereby certify that on the
15th day of March, 2006, a copy
of the foregoing document was served
electronically on:

Michael R. Wirschem, Esq.

Guess & Rudd P.C.

By:   S/Gary A. Zipkin

Safeco's Report Re Procedural Status
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 2 of 2