**LAW OFFICE OF CRIS W. ROGERS**
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone: 907.565.5663 Fax: 907.565.5684

**March 9, 2006**

<u>Via Fax 907.793.2299 & Courier Delivery</u>

Gary Zipkin
GUESS & RUDD. PC
510 "L" Street, Suite 700
Anchorage, Alaska 99501

RECEIVED
MAR - 9 2006
GUESS & RUDD P.C.

    RE:    Loren and Melody Morgan
            Safeco Claim No. 2335411392015
            Your File No. 5500.182

Mr. Zipkin:

I have initiated service of the summons and complaint to each of the defendants in <u>Morgan v. Safeco, et. al.</u>, 3AN-06-5293 CI.

Please dismiss Safeco's lawsuit against its insureds-the Morgans- immediately.

Please sign and return the enclosed Parties' Report On The Procedural Status Of State And Federal Cases.

Thanks.

                LAW OFFICE OF CRIS W. ROGERS
                Attorneys For Loren & Melody Morgan

                *[signature]*

                Michael R. Wirschem

EXHIBIT A
Page 1 of 3

Michael R. Wirschem, Ak Bar #95-11049
LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone:   907.565.5663
Fax:     907.565.5684
E-mail: mikewirschem@gmail.com

Attorneys For The Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor,<br><br>        Defendants. | Case No. 3:06-cv-15-RRB |

**PARTIES' REPORT ON THE STATUS OF STATE AND FEDERAL CASES**

COMES NOW the parties by and through their attorneys pursuant to the Court's Minute Order From Chambers dated March 8, 2006.

Counsel for the parties have been in contact through correspondence.

The parties are proceeding before the Superior Court of the 3rd Judicial District at Anchorage in case 3AN-0605293CI, and, therefore, Plaintiff SAFECO INSURANCE COMPANY OF AMERICA is dismissing the Federal case.

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Suite 711-B
Anchorage, AK 99503
(907) 565-5663 ph
(907) 565-5684 fax

DATED this 9th day of March, 2006, at Anchorage, Alaska.

| GUESS & RUDD | LAW OFFICE OF CRIS W. ROGERS |
| Attorneys For The Plaintiff | Attorneys For The Defendants |

_____  _____
Gary A. Zipkin                          Michael R. Wirschem
AK Bar #75-05048                        AK Bar # 95-11049

CERTIFICATE OF SERVICE

I hereby certify that on this \_\_\_ day of March, 2006, a true and correct copy of the foregoing was sent by mail to the Plaintiff's attorney of record as follows:

Gary Zipkin
Guess & Rudd, P.C.
510 L. St. Suite 700
Anchorage, Ak 99501
Fax: 907.793.2299

_____
Law Office Of Cris W. Rogers

**LAW OFFICE OF**
**CRIS W. ROGERS**
**2600 Denali St.**
**Suite 711-B**
**Anchorage, AK 99503**
**(907) 565-5663 ph**
**(907) 565-5684 fax**