Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

# DRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, <br><br> Defendants. | Case No. 3:06-cv-15-RRB |

REPORT OF PARTIES RE PROCEDURAL STATUS

In response to the court's order dated March 8, 2006, the parties provide the following report concerning the procedural status of this matter, and the state court action Loren Morgan v. Safeco Insurance Company of America, Ribelin Lowell Insurance Brokers, Inc. and Alaska USA Insurance Brokers, LLC, Case No. 3AN-06-5293 Civil.

Report of Parties Re Procedural Status
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 1 of 3

EXHIBIT B
Page 1 of 3

This case is an original action seeking declaratory relief concerning coverage under a policy of insurance issued by Safeco Insurance Company of America ("Safeco"). The complaint was filed on January 17, 2006. Defendants filed their answer to the complaint on February 16, 2006.

Also on February 16, 2006, Loren Morgan, a defendant in this action, filed a complaint in Alaska Superior Court against Safeco and Ribelin Lowell Insurance Brokers, Inc. and Alaska USA Insurance Brokers, LLC, under Case No. 3AN-06-5293 Civil. That action alleges counts against Safeco for declaratory relief on the same policy of insurance at issue here and breach of contract, and seeks declaratory relief, breach of the duty to advise pursuant to an alleged special relationship, and breach of contract against Alaska USA Insurance Brokers (formerly Ribelin Lowell), the insurance brokers who placed this coverage. At present, no answers have been filed in the state court action by the defendants, although Morgan's counsel advises as of March 9, 2006 that the process of serving the defendants has begun.

The parties disagree about the status of the two actions. Safeco takes the position that the coverage issue may be determined here as between it and its insureds. It filed this action because there was a dispute between the parties that could

Report of Parties Re Procedural Status
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 2 of 3

EXHIBIT B
Page 2 of 3

not be reconciled short of litigation. Morgan apparently takes the position that his claims against the insurance broker create a situation where the broker becomes a necessary party to the dispute, and that federal court is therefore not the appropriate forum for resolving this case. Motion practice will be necessary to resolve this issue.

DATED at Anchorage, Alaska, this _____ day of March, 2006.

        GUESS & RUDD P.C.
        Attorneys for Plaintiff

        By: _____S/Gary A. Zipkin_____
            Guess & Rudd P.C.
            510 L Street, Suite 700
            Anchorage, Alaska 99501
            Phone: 907-793-2200
            Fax:   907-793-2299
            Email: gzipkin@guessrudd.com
            Alaska Bar No. 7505048


        LAW OFFICE OF CRIS W. ROGERS
        Attorneys for Defendants

        By: _____S/Michael R. Wirschem_____
            Law Office of Cris W. Rogers
            2600 Denali Street, Suite 711-B
            Anchorage, Alaska 99503
            Phone: 907-565-5663
            Fax:   907-565-5684
            Email: mikewirschem@gmail.com
            Alaska Bar No. 9511049

Report of Parties Re Procedural Status
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 3 of 3

EXHIBIT B
Page 3 of 3