# LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone: 907.565.5663
Fax: 907.565.5684

March 13, 2006

<u>Via Fax 907.793.2299 on 03.13.06 & Courier Delivery 03.14.06</u>

Gregory Silvey
Gary Zipkin
GUESS & RUDD. PC
510 "L" Street, Suite 700
Anchorage, Alaska 99501

    RE:    Loren and Melody Morgan
            Safeco Claim No. 2335411392015
            Your File No. 5500.182

Mr. Zipkin and Mr. Silvey:

Please find herewith the revised PARTIES' REPORT ON THE STATUS OF STATE AND FEDERAL COURT CASES for your signature.

Please dismiss Safeco's lawsuit against its insureds-the Morgans- immediately.

Thanks.

                      LAW OFFICE OF CRIS W. ROGERS
                      Attorneys For Loren & Melody Morgan

                      Michael R. Wirschem

*[Stamp: FAX RECEIVED 5:35 MAR 1 3 2006 GUESS & RUDD P.C.]*

EXHIBIT C
Page 1 of 4

Michael R. Wirschem, Ak Bar #95-11049
LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone:   907.565.5663
Fax:     907.565.5684
E-mail: mikewirschem@gmail.com

Attorneys For The Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, <br><br> Defendants. | Case No. 3:06-cv-15-RRB |

## PARTIES' REPORT ON THE STATUS OF STATE AND FEDERAL CASES

COMES NOW the parties by and through their attorneys pursuant to the Court's Minute Order From Chambers dated March 8, 2006.

Counsel for the parties have been in contact through correspondence on March 9 and March 13, 2006.

The parties are proceeding before the Superior Court of the 3rd Judicial District at Anchorage in the state case <u>Loren Morgan v. Safeco Insurance Company of America, Ribelin Lowell Insurance Brokers, Inc. and Alaska USA Insurance Brokers</u>, 3AN-0605293CI.

Plaintiff Morgan served Defendant Alaska USA Insurance Brokers with the state case summons and complaint on March 10, 2006. Plaintiff Morgan has served the State of Alaska Division of Insurance with the state case summons and complaint for the Division's service of those documents onto Defendant Safeco Insurance Company of America within the next few days.

The coverage issues presented in the instant case are also before the state court. Those coverage issues are directly related to the advice, representations and policy documents which were sold by Defendants Ribelin Lowell and Alaska USA Insurance Brokers. Safeco's insurance products are the subject of the coverage issues, but Defendants Ribelin Lowell and Alaska USA were the distributors and salesmen of those products. Dr. Morgan's understanding and reasonable expectations of coverage involve the advice, representations and policy documents provided by Ribelin Lowell and Alaska USA as the agents of Safeco. Moreover, both Safeco and its agents are liable for violating AS 21.89.020's requirement that when Dr. Morgan purchased his Safeco umbrella policy from Ribelin Lowell he was entitled to receive an offer of UM/UIM umbrella coverage equal to the $1,000,000 policy limit her purchased. Any attempt by Safeco to interpret its coverages in litigation without considering the advice, representations and policy documents from the transactions between Dr. Morgan and Safeco's agents is untenable and requires the participation of all three state court defendants.

Therefore, the Morgans have repeatedly requested SAFECO INSURANCE COMPANY OF AMERICA to voluntarily dismiss the Federal case. Motion practice not necessary. If Safeco continues to refuse to dismiss the Federal case this Court should remand the case to state court on *sua sponte*.

Safeco disagrees, and contends that motion practice will be necessary to resolve this issue.

DATED this _____ day of March, 2006, at Anchorage, Alaska.

| | |
|---|---|
| GUESS & RUDD | LAW OFFICE OF CRIS W. ROGERS |
| Attorneys For The Plaintiff | Attorneys For The Defendants |
| | |
| Gary A. Zipkin | Michael R. Wirschem |
| AK Bar #75-05048 | AK Bar # 95-11049 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___ day of March, 2006, a true and correct copy of the foregoing was sent by mail to the Plaintiff's attorney of record as follows:

Gary Zipkin
Guess & Rudd, P.C.
510 L. St. Suite 700
Anchorage, Ak 99501
Fax: 907.793.2299

_____
Law Office Of Cris W. Rogers