UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

    SAFECO INSURANCE   v.   LOREN MORGAN, et al.

DATE:   March 23, 2006      CASE NO.   3:06-cv-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                      **RE CASE STATUS**

---

        The parties' recent pleadings have been of little assistance to the Court. It would appear, however, that insofar as the federal case is concerned, it is incumbent upon Plaintiff to file a dispositive motion. Plaintiff shall have until **May 12, 2006,** in which to do so. This would naturally address the jurisdictional issue. Further, if there are issues in the state court case that could, or should, be removed, the parties know how to proceed with that.

        If the date set forth above is inappropriate, the parties may seek to have it changed.

M.O. RE CASE STATUS