Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor,<br><br>　　　　Defendants. | Case No. 3:06-cv-15-RRB |

JOINT MOTION FOR EXTENSION
OF DISPOSITIVE MOTION FILING DEADLINE

　　　　The parties jointly request an extension of the deadline for filing dispositive motions.  The current deadline of May 12, 2006 coincides with a time that defendants' counsel had previously planned to be out of town.  Accordingly, the parties request that this deadline be moved 10 days to May 22, 2006.

Joint Motion for Extension of
Dispositive Motion Filing Deadline
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 1 of 2

DATED at Anchorage, Alaska, this 10th day of May, 2006.

>GUESS & RUDD P.C.
>Attorneys for Plaintiff
>
>By:      s/Gary A. Zipkin
>     Guess & Rudd P.C.
>     510 L Street, Suite 700
>     Anchorage, Alaska  99501
>     Phone: 907-793-2200
>     Fax:   907-793-2299
>     Email: gzipkin@guessrudd.com
>     Alaska Bar No. 7505048
>
>
>LAW OFFICE OF CRIS W. ROGERS
>Attorneys for Defendants
>
>By:       s/Michael R. Wirschem
>     Law Office of Cris W. Rogers
>     2600 Denali Street, Suite 711-B
>     Anchorage, Alaska  99503
>     Phone: 907-565-5663
>     Fax:   907-565-5684
>     Email: mikewirschem@gmail.com
>     Alaska Bar No. 9511049

Joint Motion for Extension of
Dispositive Motion Filing Deadline
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 2 of 2