Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) vs. ) ) LOREN MORGAN and MELODY ) MORGAN, individually and ) as parents of EVAN MORGAN, ) a minor, ) ) Defendants. ) ) | Case No. 3:06-cv-15-RRB |

[PROPOSED] ORDER

The parties' joint motion to extend the deadline for dispositive motions from May 12, 2006 to May 22, 2006 is GRANTED.

_____        _____
Dated                               John W. Sedwick
                                    United States District Court Judge

[Proposed] Order
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 1 of 1