Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAFECO INSURANCE                )
COMPANY OF AMERICA,             )
                                )
        Plaintiff,              )
                                )
vs.                             )    Case No. 3:06-cv-15-RRB
                                )
LOREN MORGAN and MELODY         )
MORGAN, individually and        )
as parents of EVAN MORGAN,      )
a minor,                        )
                                )
        Defendants.             )
_____)

ERRATA

      The [Proposed] Order filed with the parties' joint motion to extend the deadline for dispositive motions inadvertently contained the wrong signature block.  Attached is a corrected [Proposed] Order with Judge Beistline's signature block.

DATED at Anchorage, Alaska, this 10th day of May, 2006.

        GUESS & RUDD P.C.
        Attorneys for Plaintiff

By:     s/Gary A. Zipkin
     Guess & Rudd P.C.
     510 L Street, Suite 700
     Anchorage, Alaska  99501
     Phone: 907-793-2200
     Fax:   907-793-2299
     Email: gzipkin@guessrudd.com
     Alaska Bar No. 7505048


        LAW OFFICE OF CRIS W. ROGERS
        Attorneys for Defendants

By:     s/Michael R. Wirschem
     Law Office of Cris W. Rogers
     2600 Denali Street, Suite 711-B
     Anchorage, Alaska  99503
     Phone: 907-565-5663
     Fax:   907-565-5684
     Email: mikewirschem@gmail.com
     Alaska Bar No. 9511049

F:\DATA\5500\182\pleading\12 Errata (federal).doc