Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor,<br><br>　　　　Defendants. | Case No. 3:06-cv-15-RRB |

[~~PROPOSED~~] ORDER

The parties' joint motion to extend the deadline for dispositive motions from May 12, 2006 to May 22, 2006 is GRANTED.

5/10/06
Dated

Ralph R. Beistline
United States District Court Judge

[Proposed] Order
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 1 of 1