Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, <br><br> Defendants. | Case No. 3:06-cv-15-RRB |

AFFIDAVIT OF MARYLE TRACY

| | |
|---|---|
| STATE OF WASHINGTON ) <br> ) ss <br> COUNTY OF KING ) | |

      MARYLE TRACY, being first sworn upon oath, states as follows:

1. I am a Claims Analyst employed by Safeco Insurance Company of America. I make this affidavit based upon my personal knowledge of the facts set forth herein.

2. First National Insurance Company of America issued an Automobile Liability Insurance Policy no. H1742611 with effective dates from October 10, 2001 through April 10, 2002 to Loren Morgan and Melody Morgan, which provided liability coverage in the amount of $500,000, uninsured and underinsured motorists coverage in the amount of $100,000, and medical payment benefits in the amount of $25,000.

3. Attached to my affidavit as Exhibits 1 through 5 are true and correct copies of documents contained within Safeco's claim files concerning the claims made by Loren Morgan as a result of the automobile accident that occurred on or about January 3, 2002.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 19th day of May, 2006.

_____
Maryle Tracy

      SUBSCRIBED AND SWORN to before me, this \_\_19th\_\_ day of May, 2006.

_____
Notary Public in and for Washington
My Commission Expires: 10-31-2009

F:\DATA\5500\182\pleading\13 AFF Maryle Tracy.doc

AFFIDAVIT OF MARYLE TRACY
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 3 of 3