

First National Insurance Company of America

4634 154TH PLACE NE
REDMOND, WA 98052-9664

Mailing Address:
P O BOX 34700
SEATTLE, WA 98124-1700

Phone:  (800) 332-3226
Fax:    (888) 268-8840

August 23, 2005

Cris W Rogers
2600 Denali Street, Suite 711B
Anchorage, AK  99503

Regarding:     Loren Morgan
Loss Date:     January 3, 2002
Claim Number:  1926 5253 2007

Dear Mr. Rogers:

As you know, we had an independent peer records review done to determine if Dr. Morgan's cervical fusion was related to the January 3, 2002 motor vehicle accident. Enclosed is a copy of the report. A check in the full amount of Dr. Morgan's medical payments coverage limit ($25,000.00) was issued to him on August 15, 2005 and sent to your office. I am now closing the medical payments portion of Dr. Morgan's claim.

Sincerely,

*Terry Diane Betcher*

Terry Diane Betcher
Sr. Claims Examiner

First National Insurance Company of America
(425) 376-7416 Fax: (888) 268-8840
terbet@safeco.com



EXHIBIT 1
Page 1 of 1

100,665

CV1761 3/05

Safeco® and the Safeco logo are Trademarks of Safeco Corporation