# RELEASE OF ALL CLAIMS

For and in consideration for the payment of total policy limits available under United Services Automobile Association (USAA) policy number 01558 0930 71014 in the total sum of ONE HUNDRED THIRTY-EIGHT THOUSAND NINE HUNDRED TWENTY DOLLARS and SIXTY-EIGHT CENTS ($138,920.68), the receipt and sufficiency of which is hereby acknowledged, LOREN MORGAN, Individually and on behalf of minor child EVAN MORGAN, and MELODY MORGAN and their successors and assigns (Releasors) do hereby forever release, remit, acquit, and discharge ALLISON WEEKS and CASEY WEEKS ("JOHN DOE") and their directors, officers, executors, administrators, personal representatives, partners, shareholders, agents, employees, assigns, attorneys, and insurers (Releasees) of and from any and all claims, demands, damages, interest, costs, attorneys' fees, liabilities, suits, actions, and causes of action, including first party claims, third party claims, UM or UIM claims of any kind, nature, or description, present or future, now known or hereafter discovered, whether arising in law or equity, upon contract or tort or under state or federal law, which Releasors have now or hereafter may have or claim to have, against the Releasees for or by reason of any act, omission, matter, cause, or thing whatsoever related to or arising out of a car accident causing personal injuries to LOREN MORGAN, EVAN MORGAN, and MELODY MORGAN occurring on or about January 3, 2002, at the intersection of C Street and 33rd Avenue in Anchorage, Alaska, or which was or could have been asserted in the action pending in Superior Court for the State of Alaska, Third Judicial District entitled <u>LOREN MORGAN, Individually and on behalf of minor child EVAN MORGAN, and MELODY MORGAN v. ALLISON WEEKS and JOHN DOE</u>, Case Number 3AN-03-14433 CI.

Releasors agree that this Release and the giving of consideration therefor do not constitute an admission of liability by the Releasees, and are given in full settlement and compromise of all claims, present and future, known and unknown, and is also intended to release Releasees from any and all future injury and damage, including effects or consequences thereof, not now known but which may later develop or be discovered, and all causes of action therefor.

Releasors further agree that any and all paid and/or unpaid liens or bills, including medical expenses, or other subrogated or assigned interests heretofore or yet to be incurred by Releasors as a result of any and all injuries resulting from the incident described herein, will be paid and discharged from the proceeds of this settlement or otherwise satisfied without recourse against the Releasees. Releasors further agree, for themselves and for their successors and assigns, to defend, hold harmless, and indemnify Releasees from any and all claims by any lienholders or other subrogated or assigned interests now accrued, accruing, or which may accrue in the future as a result of the above-described incident.

Releasors expressly understand that the Releasees are making the payment specified herein in order to be completely and finally released from liability for all injuries, known and unknown, resulting or to result from the above-referenced incident. It is Releasors' intention to waive any and all rights they might have to reform, rescind, modify, or set aside this Release by reason of mutual or unilateral mistake or for any other reason.

EXHIBIT 2
Page 1 of 3

Further, it is Releasors' understanding and intent that all individuals, firms, or corporations who could at any future date be possible defendants in any action arising out of this matter are released hereby as fully as though they were specifically listed and named herein.

Releasors expressly acknowledge that regardless of additional claims which may be pursued against any other party not subject to the provisions of this release, Releasors agree not to seek any additional payment from the released parties identified herein regardless of the ability to recover from any other party from which recovery is sought.

Releasors acknowledge that Cris W. Rogers, represents them with respect to this Release and all matters covered in it, and that they have had an opportunity to obtain legal advice concerning this Release. Releasors also acknowledge that they fully understand the effect of this Release and their rights with respect to the execution of this Release. Releasors authorize Cris W. Rogers, to take all necessary action to dismiss with prejudice all claims and causes of action initiated by Releasors in the matter of <u>LOREN MORGAN, Individually and on behalf of minor child EVAN MORGAN, and MELODY MORGAN v. ALLISON WEEKS and JOHN DOE</u>, Case Number 3AN-03-14433 CI, without costs or attorneys' fees to any party, each party to bear its own costs and fees.

This Release extends to and binds the undersigned and all their heirs, executors, administrators, personal representatives, underwriters, beneficiaries, attorneys, agents, successors, and assigns.

DATED at _Anchorage_, Alaska, this _9_ day of November, 2005.

_____
LOREN MORGAN, Individually and on behalf of minor child, EVAN MORGAN

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

On this day personally appeared before me LOREN MORGAN to me known to be the individual described in and who executed the within and foregoing RELEASE OF ALL CLAIMS, and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL this _9th_ day of November 2005.

_____
Notary Public in and for the State of Alaska
My commission expires _01-01-2009_

State of Alaska
**NOTARY PUBLIC**
Cris W. Rogers
My Commission Expires January 1, 2009

EXHIBIT _2_
Page _2_ of _3_

RELEASE OF ALL CLAIMS            Page 2 of 3

100,408

DATED at \_\_Anchorage\_\_, Alaska, this 9th day of November, 2005.

_____
MELODY MORGAN

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

On this day personally appeared before me MELODY MORGAN to me known to be the individual described in and who executed the within and foregoing RELEASE OF ALL CLAIMS, and acknowledged that he signed the same as his free and voluntary act and deed for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL this 9th day of November 2005.

**State of Alaska**
**NOTARY PUBLIC**
Cris W. Rogers
My Commission Expires January 1, 2009

Notary Public in and for the State of Alaska
My commission expires 01-01-2009

APPROVED AS TO FORM AND CONTENT.

DATED this 9 day of November, 2005.

By: _____
CRIS W. ROGERS
Attorney for Loren Morgan, Individually and on behalf of minor child Evan Morgan, and Melody Morgan

EXHIBIT 2
Page 3 of 3