

First National Insurance Company of America  
Safeco Insurance Companies  
4854 154th Pl. N.E.  
Redmond, WA 98052

Mailing Address:  
PO Box 34700  
Seattle, WA 98124

Phone: (800) 332-3226  
         (425) 376-7273  
Fax: (888) 268-8840

Letter only via facsimile to 907-565-5684  
Original and enclosures mailed

December 15, 2005

Michael R. Wirschem  
Law Offices Of Cris W. Rogers  
2600 Denali Street  
Suite 711- B  
Anchorage, AK  99503

Insured Name:  Loren Morgan Melody Morgan  
Policy Number: H1742611  
Loss Date:     January 3, 2002  
Claim Number:  192652532007  
Your Client:   Loren Morgan

Dear Mr. Wirschem:

I have assumed responsibility for this file. Please send all correspondence to the undersigned.

There are several unresolved matters regarding this claim:

1. Certified copies of this policy and umbrella policy # UH1417077 were previously sent to you. You have requested UM/UIM offer sheets and other policy application documentation: Copies of both for both policies are enclosed.

2. You have made a demand for payment of the UIM policy limits. First National agrees to tender the UIM limits of this policy plus applicable rule 82 fees in full settlement of our insured's UIMBI claim under policy # H1742611. A Release and Trust agreement is enclosed. Our settlement check for $112,500.00 ($100,000.00 facial policy limits + the maximum rule 82 fees allowed under the policy of $12,500.00) has been mailed to your office in a separate envelope.

   Your firm and Mr. Morgan are authorized to negotiate the settlement check after the release and trust agreement has been executed as presented and placed in return mail to me in the envelope enclosed.

3. You have asserted UIM coverage under our insured's umbrella policy. First National continues to investigate this issue. I will respond to you or provide you with an update within 30 days.

Please call me if you have any questions.

EXHIBIT 3  
Page 1 of 2

CV1761 3/05

Safeco® and the Safeco logo are Trademarks of Safeco Corporation

100,571

Page 2
Loren Morgan Melody Morgan
December 15, 2005

Sincerely,


Paul Henry
Safeco Insurance Companies
First National Insurance Company of America
(800) 332-3226 Ext: 317273
(425) 376-7273 Fax: (888) 268-8840
paulhe@safeco.com


EXHIBIT 3
Page 2 of 2