# LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street 711-B
Anchorage, Alaska 99503
Phone: 907.565.5663
Fax:   907.565.5684

<u>Via Fax (1.888.268.8840) & Via U.S. Mail</u>

**December 16, 2005**

Paul Henry
SAFECO Insurance Co.
P.O. Box 34700
Seattle, WA 98124

|  |  |  |
|---|---|---|
| RE: | Our Client: | Loren Morgan |
|  | Date of Loss: | 01.03.2002 |
|  | SAFECO Claim #: | 192652532007 |

Dear Mr. Henry:

Please accept this letter as our client's formal demand for payment of the umbrella policy limits. Please refer to the information we previously submitted to SAFECO in support of our client's UIM claim. If SAFECO needs any additional information and/or documentation to support the umbrella policy limits demand please let me know.

Please provide confirmation in writing that there is coverage under the umbrella policy for my client's remaining damages incurred in this loss. Normally we would request assurances of coverage within 15 days in accordance with Alaska law; however, due to the fact that it is now the holiday season we will extend the time period for our receipt of coverage assurances to thirty (30) days, on or before the close of business Tuesday, January 17, 2005.

In addition, we respectfully request SAFECO to provide its response to our umbrella policy limits demand within 30 days, on or before the close of business January 17, 2005.

If you have any questions or concerns please let me know.

Thank you.

LAW OFFICE OF CRIS W. ROGERS
Attorneys For Loren Morgan

*[signature]*

Michael R. Wirschem

EXHIBIT ___d___
Page __1__ of __1__

100,562