## TABLE OF CONTENTS: DEFENDANTS' EXHIBITS 1-12

Exhibit 1    Certified copy of Dr. Morgan's Safeco umbrella policy #UH1417077 in effect during the Policy Period 04-10-2001 TO 04-10-2002

Exhibit 2    SAFECO PERSONAL UMBRELLA RENEWAL QUESTIONAIRE

Exhibit 3    Safeco Claims Application w/ attachments completed April 20, 2004

Exhibit 4    July 19, 2004, Letter From Safeco Sharon Brink To Cris Rogers

Exhibit 5    August 18, 2004, Email From Safeco Sharon Brink To Cris Rogers

Exhibit 6    November 7, 2004, Letter From Cris Rogers To Safeco Sharon Brink w/ Index of enclosed medical records

Exhibit 7    November 14, 2004, Letter From Cris Rogers To Safeco Insurance Company re: umbrella policy.

Exhibit 8    January 10, 2005, Letter From Safeco Sharon Brink To Cris Rogers

Exhibit 9    August 23, 2005, Letter From Safeco Terry Betcher To Cris Rogers w/ Independent Medical Record Review

Exhibit 10   Judge Sedwick's Opinion in Allstate Insurance Company v. Prosser, 3:05-cv-60-JWS, filed February 24, 2006

Exhibit 11   LAWS OF ALASKA 2004 Source SCS CSHB 336(JUD)(efd fld S)

Exhibit 12   May 4, 2004, Senate Finance Committee Minutes