

**SAFECO PERSONAL UMBRELLA RENEWAL QUESTIONNAIRE**

THIS FORM MUST BE RETURNED BY 01/25/2003 TO BE ABLE TO BILL RENEWAL

TO: RIBELIN LOWELL & COMPANY INS    STAT NO. 12-0606    DATE DEC. 26 2002
INSURED: DR LOREN MORGAN
MELODY MORGAN
3301 DENALI ST STE 300
ANCHORAGE AK  99503-4032

POLICY NUMBER  UH1417077
RENEWAL DATE   04/10/2003
LIABILITY LIMIT    $1,000,000
AUTO X-REF

OCCUPATION: INSURED CHIROPRACTOR    SPOUSE DENTAL HYGENIST

FAXED 1.4.03

**IS ABOVE INFORMATION CURRENT? IF NOT, PLEASE INDICATE CHANGES.**

Please take a moment to be sure there is proper protection and the umbrella is correctly rated. Below is a listing of how the umbrella is currently rated. Please compare this to the actual exposures that now exist.

Please consider all members of the household in answering.

| EXPOSURES | NUMBER NOW RATED | PLEASE COMPLETE: ACTUAL NUMBER |
|---|---|---|
| A. Automobiles, Motor Homes, and licensed RV's (including leased automobiles) | 3 | 3 |
| B. Company cars provided for regular use | 0 | 0 |
| C. Antique cars (over 25 years of age and used primarily for exhibition, parade and club activities) | 0 | 0 |
| D. Residences Occupied by the Insured (Primary and Seasonals) | 1 | 1 |
| E. Rental Property (No. of Family Units) | 1 | 0 |
| F. Unlicensed RV's | 0 | 0 |

If any, please indicate:

Type _____ Make/Model _____ HP/CC's _____
Type _____ Make/Model _____ HP/CC's _____

G. Watercraft    1    /

If any, please indicate:

Type _____ Length _____ HP _____
Type _____ Length _____ HP _____

H. Young Drivers (under age 25)    1

If any, please indicate (include all residents, including those attending college):
Name  James Tinder                          Age _____
Name _____                                Age _____

I. Any other drivers (e.g., relatives, employees, etc.)? ☐Yes ☒No
If yes, please indicate: _____

J. Any real estate, vehicles, or watercraft used for business purposes? ☐Yes ☒No
If yes, please provide details:

K. Any type of farming operation (including owned and non-owned horses)? ☐Yes ☒No
If yes, please provide details:

Exhibit 2
Page 1 of 2

**PLEASE TURN OVER AND COMPLETE OTHER SIDE**

P-1083/EP 7/99                                    ™ A trademark of SAFECO Corporation.

L. Do you participate/serve in any position for which you are not compensated for your time or services? ☐ Yes ☒ No
If yes, please provide details: _____

**Complete Only If There Are Any Changes**

UH1417077

**Automobiles** — Owned, Leased, or provided for the regular use of the insured or any member of the household.

| Add | Del | Year | Make | Model | Type* | Name of Operator | Age | Relationship to Insured | Insurance Company | Policy Number |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | | | | | |
| ☐ | ☐ | | | | | | | | | |

*Type: O = Owned or Leased; C = Company Car; A = Antique

**Residences** — Both owner occupied and rented to others.

| Add | Del | Address | City | State | ZIP | Owner Occupied/Rented to Others | No. of Units | Insurance Company | Policy Number |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | | | | |
| ☐ | ☐ | | | | | | | | |

**Recreational Vehicles** — Owned by the insured or any member of the household and not licensed for road use.

| Add | Del | Year | Make | Model | Type* | HP or CC's | Used for Competition? YES / NO | Insurance Company | Policy Number |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | | ☐ ☐ | | |
| ☐ | ☐ | | | | | | ☐ ☐ | | |

*Type: ATV = All Terrain Vehicle; DB = Dune Buggy; MB = Motorized Bicycle; MP = Moped;
TB = Trail Bike; SM = Snowmobile; O = Other_____

**Watercraft** — Owned by the insured or any member of the household.

| Add | Del | Year | Make | Model | Type* | HP or CC's | Length | Max Speed | Insurance Company | Policy Number |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | | | | | | | | | |
| ☐ | ☐ | | | | | | | | | |

*Type: I = Inboard; I/O = Inboard/Outdrive; OD = Outdrive; OB = Outboard; HB = Houseboat;
PW = Personal Watercraft; O = Other_____

**IMPORTANT:** It is your responsibility to increase all underlying limits to at least those shown below. The signature below confirms the insured carries the following limits or higher on all underlying exposures:

Autos, including licensed recreational vehicles $500,000 Combined Single Limit or 500/500/100 Split Limit

CPL, Premises Liability and Unlicensed RV's       $300,000

Watercraft:  Powerboats 32 feet or more in length, or
Sailing Vessels (with or without auxiliary power) 26 feet or more in length   $500,000
All other watercraft       $300,000

_____ signature _____   2 Jan. 03      Exhibit 2
Insured's signature or agent's signature on behalf of Insured    Date    Page 2 of 2

Daytime phone (907) 646-2___   Evening phone (907) 345-4868

Ribelin Lowell & Company
DEC 30 2002
RECEIVED

JAN 09 2003

P-1083/EP 7/99