**SAFECO**

National Insurance Company of
PO Box 34700
Seattle, WA 98124

TO: Terry Betcher/lt

CLAIMS DEPT

## CLAIMS APPLICATION

| DATE 03/29/04 | OUR POLICYHOLDER Loren Morgan | POLICY NUMBER H1742611 | CLAIM NUMBER 192652532007 |
|---|---|---|---|

**TO ENABLE US TO PROCESS YOUR CLAIM(S), PLEASE COMPLETE THIS FORM AND RETURN IT PROMPTLY. ALL INFORMATION SENT TO OR DEVELOPED BY US WILL BE USED TO PROCESS ALL OF YOUR CLAIMS UNDER THIS OR ANY POLICY ISSUED BY ANY OF THE SAFECO PROPERTY AND CASUALTY INSURANCE COMPANIES.**

| YOUR NAME Loren Morgan | DATE OF BIRTH 04/15/55 | SOCIAL SECURITY NO. 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 |
|---|---|---|

YOUR ADDRESS (NO., STREET, CITY OR TOWN, STATE & ZIP CODE) 511 Clippership Ct Anch AK 99515   PHONE NO. 907   HOME 345-4868   BUSINESS 696-2211

DATE AND TIME OF ACCIDENT 01/03/02   2:00   A.M. P.M.   PLACE OF ACCIDENT (STREET, CITY OR TOWN AND STATE) C st Anch Ak

BRIEF DESCRIPTION OF ACCIDENT
Traveling S. on C st (one way) FAR left lane making A lt turn on to 33rd, I was hit from behind pushing my car on to 33rd And then hit again on lt side By same Vechile Ruinin ____ The lngth of my car

WERE YOU INJURED AS A RESULT OF THIS ACCIDENT? ☒ YES ☐ NO   IF YOUR ANSWER IS YES, COMPLETE THE REST OF THIS FORM. IF NO, SIGN BELOW.

DESCRIBE YOUR INJURY
Cervical spine insury with Associatio Lt Arm paresthesia

WERE YOU TREATED BY A DOCTOR? ☒ YES ☐ NO   DATE OF 1ST TREATMENT   DOCTOR'S NAME AND ADDRESS Dr. Ed Barrington 3301 Denali st Anch AK 99503

IF YOU WERE TREATED IN A HOSPITAL, WERE YOU ☒ AN IN-PATIENT ☐ AN OUT-PATIENT   HOSPITAL'S NAME AND ADDRESS Providence hospital 3220 Providence Anch AK

AMOUNT OF MEDICAL BILLS TO DATE $ un known   WILL YOU HAVE MEDICAL EXPENSES? ☒ YES ☐ NO   AT THE TIME OF THIS ACCIDENT WERE YOU IN THE COURSE OF EMPLOYMENT? ☐ YES ☒ NO

DID YOU LOSE TIME FROM WORK AS A RESULT OF YOUR INJURY? ☒ YES ☐ NO   IF YES, AMOUNT LOST TO DATE $   WHAT IS YOUR AVERAGE WEEKLY WAGE OR SALARY $ 2.5 # 14,285.00

HAVE YOU RECEIVED OR ARE YOU ELIGIBLE FOR WAGE LOSS AND/OR MEDICAL BENEFITS UNDER
(1) ANY WORKER'S COMPENSATION LAW? ☐ YES ☒ NO
(2) ANY OTHER SOURCE? ☐ YES ☐ NO   IF YOU MARKED "YES" PROVIDE NAME

WERE YOU EMPLOYED AT THE TIME OF THE ACCIDENT? ☒ YES ☐ NO
IF YOU ANSWERED "YES," PLEASE PROVIDE EMPLOYER AND ADDRESS Morgan Chiropractic 3301 Denali St. ste 300 Anch AK 99503   OCCUPATION   FROM   TO current

HAVE YOU SUSTAINED OR BEEN TREATED PREVIOUSLY FOR SIMILAR INJURIES? ☐ YES ☒ NO
IF YOU MARKED "YES," GIVE DATE INJURED AND DESCRIPTION OF INJURY

ARE YOU STILL BEING TREATED FOR ANY OF THESE PRIOR CONDITIONS? ☐ YES ☒ NO
IF YOU MARKED "YES," PLEASE PROVIDE THE NAME AND ADDRESS OF ALL TREATING MEDICAL PROVIDERS

*Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent act, which is a crime.*

*I agree that the Company, to the extent of its payments, is subrogated to my right of recovery from any person or organization, and I assign such right of recovery to the Company.*

SIGNATURE *Loren M Morgan*   DATE 20 April 04

Exhibit 3
Page 1 of 4

**IMPORTANT:**
1. TO PRESENT CLAIM FOR BENEFITS YOU MUST COMPLETE AND SIGN THIS APPLICATION.
2. YOU MUST ALSO SIGN ANY ATTACHED AUTHORIZATION(S).
3. RETURN PROMPTLY WITH ANY MEDICAL BILL YOU HAVE RECEIVED TO DATE.
4. IF YOU NEED MORE ROOM TO COMPLETE THIS FORM, PLEASE USE THE REVERSE SIDE.

CA1900/EF 4/01   ® A registered trademark of SAFECO Corporation   XFT

listed under wage a salary is the gross business loss. I am currently working on the total business loss, it will be over $100,000.⁰⁰

Exhibit 3
Page 2 of 4

CA1900/EF 4/01

Safeco

# AUTHORIZATION TO DISCLOSE HEALTH INFORMATION AND OTHER RECORDS

I hereby grant permission to and authorize the use or disclosure of medical records and other protected health information as described below.

## I UNDERSTAND THAT THIS AUTHORIZATION IS VOLUNTARY.

### A. Patient Information

Name: Loren Morgan
Daytime Phone Number: (907) 646-2211
Address: 511 Clippership Ct.
Anch. AK 99515

SS#: 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
Claim Number: 192652532007
Birth date: 04/15/55

### B. Persons/Organizations Providing the Information (if more than listed below, then see attached)

Doctor or Provider/Hospital Name: Dr. Ed Barrington
Address: 3301 Denali St Ste 300 Anch AK 99503
Telephone #: (907) 677-1600

Doctor or Provider/Hospital Name: Dr. Leon Chandler
Address: 4100 Lake Otis Park way Suite 216 99508
Telephone #: 907 563-2823

Doctor or Provider/Hospital Name: Dr Louis Kralick MD
Address: 3226 Providence Drive Suite 3-020 Anch. AK 99508
Telephone #: (907)-258-6999

Doctor or Provider/Hospital Name: Providence Hospital
Address: 3220 Providence drive Anch AK 99508
Telephone #: _____

Doctor or Provider/Hospital Name: _____
Address: _____
Telephone #: _____

Doctor or Provider/Hospital Name: _____
Address: _____
Telephone #: _____

Doctor or Provider/Hospital Name: _____
Address: _____
Telephone #: _____

Doctor or Provider/Hospital Name: _____
Address: _____
Telephone #: _____

Exhibit 3
Page 3 of 4

**Safeco**

**C.    Safeco Entity Receiving the Information**

First National Insurance Company of America

**D.    Specific Description of Information**

Any information related to your treatment, the payment of your claim, or other such health care operations related to your claim may be disclosed, including but not limited to the following:

1.  Medical Reports, records, charts, notes, and letters: and/or X-rays, films, MRIs, CT-scans and reports
2.  Insurance records, including all claims, itemized billing, correspondence, payments, and all documents within the file.
3.  Other: _____

The above information is being obtained to assist said authorized entities in evaluation my claim for benefits or damages.

I understand that I have the right to revoke this authorization at any time. I also understand, however, that failure to authorize release of my medical records may conflict with my duties under my insurance policy with Safeco thus may affect its ability to provide coverage for my claim. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the Claims Department personnel handling my claim. I understand that revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire upon closure of the claim initiating the signature of this authorization.

I understand that I am entitled to a copy of this authorization and acknowledge receipt of a copy thereof. I can refuse to sign this authorization. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus HIV. It may also include information about behavioral or metal health services, and treatment for alcohol and drug abuse.

_____    _____20 April 04_____
Signature of Patient or Legal Representative        Date

_____
If Signed by Legal Rep., Relationship to Patient

For more information regarding Safeco's consumer privacy policies, see our "Privacy Policy" hyperlink on the home page of www.safeco.com.

Exhibit  3
Page  4  of  4