# SAFECO

**SAFECO PROPERTY & CASUALTY INSURANCE COMPANIES**

First National Insurance Company of America

4634 154th Pl NE
Redmond, WA 98052

Phone: (800) 332-3226
Fax: (425) 376-7450

Mailing address:
PO BOX 34754
Seattle, WA 98124

July 19, 2004

Houston And Houston
517 W Northern Lights Blvd
Anchorage, AK 99503

| | |
|---|---|
| Insured Name: | Loren Morgan Melody Morgan |
| Policy Number: | H1742611 |
| Loss Date: | January 3, 2002 |
| Claim Number: | 192652532007 |

RECEIVED
JUL 2 6 2004
HOUSTON & HOUSTON
ATTORNEYS AT LAW

Dear Mr. Chris Rogers

This is to advise you that as of July 19, 2004, claim # 192652532007 has been reassigned to me for handling of UIM claim. Please be advised that Terry Betcher will still be handling the PIP portion of the claim. Please forward any further correspondence directly to me at the above address.

If you have any questions or wish to discuss this matter, please contact me at 425-376-7380.

Sincerely,

*Sharon Brink*

Sharon Brink
Senior Claims Representative
First National Insurance Company of America
(800) 332-3226     Ext: 317380
SHABRI@SAFECO.COM   Fax: (425) 376-7450

Exhibit 4
Page 1 of 1

*Our Personal Insurance policyholders can go online to http://www.safeco.com/accountservices to check the status of their claim and update their policy 24 hours a day.*

CA1877/EF 9/99     ® A registered trademark of the SAFECO Corporation.