# Cris Rogers

| | |
|---|---|
| **From:** | BRINK, SHARON V [SHABRI@SAFECO.com] |
| **Sent:** | Wednesday, August 18, 2004 2:43 PM |
| **To:** | Cris Rogers |
| **Cc:** | Jennifer Ball |
| **Subject:** | Need additional information for Loren Morgan's UIM claim |
| **Importance:** | High |

Hi Cris & Jennifer,

Jennifer, you and I spoke before and I requested additional information regarding Loren Morgan's UIM claim. I am just following up with you as I have not received the requested information. As discussed early, I will need the following information:

1. underlying claim info, including policy limits & status of settlement
2. updated injury information, treatment, etc.
3. updated specials
4. updated wage loss, salary, job description
5. type of surgery, prognosis, etc.
6. UIM demand to come? Are you ready to settle UIM claim?

Thank you in advance for your attention in this matter. If you have questions, please feel free to contact me at 425-376-7380.

Sincerely,
Sharon V. Brink
Senior Claims Representative
425-376-7380
SHABRI@SAFECO.COM

*Note: The information contained in this message is confidential. If you are not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, do not distribute or copy this communication. If you have received this communication in error, please notify us immediately by replying to the sender. Thank you for your cooperation.*

Exhibit 5
Page 1 of 1

8/20/2004