# HOUSTON & HOUSTON
## ATTORNEYS AT LAW

DAVID S. HOUSTON  
CRIS W. ROGERS

517 WEST NORTHERN LIGHTS BLVD  
ANCHORAGE, AK 99503  
(907) 278-1015    FAX (907) 278-8603

Of Counsel  
PAUL A. HOUSTON II  
LEE C. HOUSTON

November 7, 2004

Sharon V. Brink  
Safeco Insurance Company  
P.O. Box 34754  
Seattle, WA 98124

RE:  Our Client/Your Insured:  Dr. Loren Morgan  
     Claim No.: 1926 5253 2007  
     Date of Loss: January 3, 2002  
     Our File No: 03-106

Dear Ms. Brink:

    You will find enclosed a copy of Dr. Morgan's medical records received to date. He continues to receive treatment. Medical costs are in excess of $69,786.63. Lost income for the month of April 2004 is $34,000.00. The diminution of earning capacity is in the process of being calculated. Dr. Morgan has received a whole body permanent disability rating in excess of 30%. It is our intention to make a UIM coverage claim as soon as the third party claim is resolved for policy limits. I will keep you informed.

    If you have further questions, please don't hesitate to give me a call.

Sincerely,

HOUSTON & HOUSTON, P.C.

Cris W. Rogers

CWR:jlb

enclosures:    as stated

Exhibit 6  
Page 1 of 2

INDEX

Police Dispatch Log

Dr. Barrington's Records

Health South Diagnostic Records

AA Pain Clinic Records

Alaska Spine Center Records

Providence Alaska Medical Center

Alaska Orthopedics, Inc.

Alaska Neurosurgical Associates

Exhibit 6
Page 2 of 2