# HOUSTON & HOUSTON
## ATTORNEYS AT LAW

DAVID S. HOUSTON
CRIS W. ROGERS

517 WEST NORTHERN LIGHTS BLVD
ANCHORAGE, AK 99503
(907) 278-1015    FAX (907) 278-8603

Of Counsel
PAUL A. HOUSTON II
LEE C. HOUSTON

November 14, 2004

FILE COPY

Safeco Insurance Company
4333 Brooklyn Ave. NE
Seattle, WA 98185

RE: Our Client/Your Insured: Dr. Loren Morgan
     Date of Loss: January 2, 2002
     Our File No: 03-106
     Your policy #: UH1417077

The purpose of this letter is to provide notice of a potential claim under the above-stated policy. The claim arises under an automobile collision where significant injuries were suffered. Dr. Morgan has suffered personal injury in excess of the third-party's liability coverage and his UM/UIM coverage. Additional information will be provided in the near future.

If you have any questions in the interim, please do not hesitate to contact me.

Sincerely,

HOUSTON & HOUSTON, P.C.

Cris W. Rogers

CWR:jlb

Exhibit 7
Page 1 of 1