# SAFECO

**SAFECO PROPERTY & CASUALTY INSURANCE COMPANIES**

First National Insurance Company of America

4634 154th Pl NE
Redmond, WA 98052

Phone: (800) 332-3226
Fax: (425) 376-7450

www.safeco.com

Mailing address:
PO BOX 34754
Seattle, WA 98124

January 10, 2005

Houston And Houston
Attn: Cris Rogers
517 W Northern Lights Blvd
Anchorage, AK 99503

Insured Name:    Loren Morgan Melody Morgan
Policy Number:   H1742611
Loss Date:       January 3, 2002
Claim Number:    192652532007

Dear Mr. Rogers:

We have not heard from you in some time regarding the January 3, 2002 loss in which your client, Loren Morgan, has an interest.

Please forward the following information and documentation so that we may better understand your client's UIM claim:

* Copies of your client's medical bills for treatment resulting from this accident.
* Copies of all medical records and reports relating to your client's treatment as a result of this loss.
* All wage loss documentation, including a statement from your client's employer, copies of previous paycheck stubs, and copies of their tax returns for the last 5 years.
* Copies of your client's medical records which date prior to this loss.

We look forward to hearing from you at your earliest convenience. If you have any questions, please feel free to contact us.

Sincerely,

Sharon Brink
Senior Claims Representative
First National Insurance Company of America
(800) 332-3226       Ext: 317380
SHABRI@SAFECO.COM    Fax: (425) 376-7450

Exhibit 8
Page 1 of 1