First National Insurance Company of America

4634 154TH PLACE NE
REDMOND, WA 98052-9664

Mailing Address:
P O BOX 34700
SEATTLE, WA 98124-1700

Phone:  (800) 332-3226
Fax:    (888) 268-8840



August 23, 2005

Cris W Rogers
2600 Denali Street, Suite 711B
Anchorage, AK  99503

Regarding:     Loren Morgan
Loss Date:     January 3, 2002
Claim Number:  1926 5253 2007

Dear Mr. Rogers:

As you know, we had an independent peer records review done to determine if Dr. Morgan's cervical fusion was related to the January 3, 2002 motor vehicle accident. Enclosed is a copy of the report. A check in the full amount of Dr. Morgan's medical payments coverage limit ($25,000.00) was issued to him on August 15, 2005 and sent to your office. I am now closing the medical payments portion of Dr.Morgan's claim.

Sincerely,

*Terry Diane Betcher*

Terry Diane Betcher
Sr. Claims Examiner

First National Insurance Company of America
(425) 376-7416 Fax: (888) 268-8840
terbet@safeco.com

Exhibit  9
Page 1 of 4

# MACHAON

August 1, 2005

Terry Betcher
**SAFECO Insurance Company**
PO Box 34700
Seattle, WA 98124

Claim/File #   **1926 5253 2007**
Patient:        **Loren Morgan, DC**

Dear Terry Betcher:

MACHAON Medical Evaluations, Inc. appreciates your recent referral. Please review the enclosed **Independent Medical Record Review** report which was produced to document the review that was performed on August 1, 2005.

The review was performed by William Morris, MD, Neurosurgeon, one of our independent consultants, and the opinions do not represent the views of **MACHAON Medical Evaluations, Inc.**

Please review the following report:

Exhibit 9
Page 2 of 4

*A Classic Return To Service*

MACHAON Medical Evaluations, Inc

801 Broadway, Suite 922, Seattle, WA 98122 ~ 206•323•1999 ~ Toll Free 1•888•303•6224 ~ Fax 206•323•1188 ~ Website MACHAON org

| | |
|---|---|
| Terry Betcher | Machaon Medical Evaluations, Inc. |
| SAFECO Insurance Company | Re: Loren Morgan, DC |
| August 1, 2005 | Claim Number: 1926 5253 2007 |
| | Page 2 |

**CHART REVIEW:**

This chart review is based on information provided by Safeco which contains approximately an inch and one half of chart material.

The history provided is that Loren Morgan, a chiropractor, was in his car stopped, waiting to make a turn, when he was struck from behind by a minivan. Within a few minutes after the accident, he began experiencing neck and left arm pain. There is no mention of any pre-existing similar symptoms. He received chiropractic treatment over the next year or so.

On 16 January 2003, he had an EMG by Dr. Edward Barrington, a chiropractic neurologist. This was reported to show C6 nerve root irritation.

On 19 February 2003 he underwent a cervical MRI scan which was reported to show degenerative changes at C5-6 and, to a lesser extent, at C6-7. Also noted was a central and left-sided disk herniation at C5-6.

Dr. Morgan underwent three epidural steroid injections between February and May of 2003. He had some temporary improvement following each of these injections.

On 15 July 2003 Dr. Kralick, a neurosurgeon, evaluated Dr. Morgan. The impression was cervical radiculopathy from the degenerative disk disease and disk herniation without any firm objective losses. Conservative management was recommended, but Dr. Kralick commented that surgery might be needed if symptoms did not abate.

On 15 October 2003 a second EMG was performed which showed involvement of the C5 and C7 nerve roots.

Dr. Morgan revisited Dr. Kralick on a couple of occasions, prior to planning a surgery at the end of March 2004. Surgery was performed on 8 April 2004 and consisted of an anterior diskectomy, fusion, and instrumentation at C5-6 and C6-7. The initial follow-up visit on 18 May showed that he was doing well, but a later note of yet another EMG on 27 July indicated that Dr. Morgan was having recurrent symptoms. This EMG was reported to show diminished insertional activity at C6.

That completes the available medical records.

**DISCUSSION:**

The question for my evaluation is whether Dr. Morgan's cervical fusion was related to the motor vehicle accident of 3 January 2002. Based on the available information, it

Exhibit 9
Page 3 of 4

Terry Betcher  
SAFECO Insurance Company  
August 1, 2005

Machaon Medical Evaluations, Inc.  
Re: Loren Morgan, DC  
Claim Number: 1926 5253 2007  
Page 3

appears that the need for cervical fusion was due in whole on a more-probable-than-not basis to the results of the motor vehicle accident. Very likely, Dr. Morgan had some degree of degenerative change existing prior to the motor vehicle accident, but it does not appear that he was having any specific symptoms from this degenerative change. The other thing that makes this a little difficult is that his first MRI scan was not done until almost a year after the accident. Nonetheless, the preponderance of evidence would suggest that his symptoms and disk herniation occurred at the time of the accident. Since he was unable to get relief through nonoperative measures, a surgery was performed as described.

_____  
William Morris, MD  
Neurosurgeon

WM/gs

Exhibit 9  
Page 4 of 4