Michael R. Wirschem, Ak Bar #95-11049
LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone:    907.565.5663
Fax:      907.565.5684
E-mail: mikewirschem@gmail.com

Attorneys For The Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-15-RRB |

**AFFIDAVIT OF MICHAEL R. WIRSCHEM**

STATE OF ALASKA        )
                       ) SS
THIRD JUDICIAL DISTRICT )

   I, Michael R. Wirschem, being first sworn upon oath, state as follows:

   1.   I am the attorney of record for the Defendants in the above-captioned lawsuit.  I make this affidavit based upon my personal knowledge and belief of the facts set forth herein.

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Suite 711-B
Anchorage, AK 99503
(907) 565-5663 ph
(907) 565-5684 fax

2. Attached to my affidavit is the Table Of Contents, D. Ak. LR 10.1(c)(2), and Exhibits 1-12 filed in support of the **OPPOSITION TO SAFECO'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**.

3. Exhibits 1-12 are original documents, or true and correct copies of original documents, contained in this law firm's files concerning the claims made by Loren Morgan as a result of the automobile accident that occurred or January 3, 2002.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael R. Wirschem
AK Bar # 95-11049

SUBSCRIBED AND SWORN TO before me this 16th day of June, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Nicole D. Rucker
My Commission Expires Nov. 28, 2009

_____
Notary Public In/For Alaska
My Commission Expires 11/28/2009

CERTIFICATE OF SERVICE
I hereby certify that on this 1st day of June, 2006, a true and correct copy of the foregoing was sent by messenger to:

Gary Zipkin
Guess & Rudd, P.C.
510 L. St. Suite 700
Anchorage, Ak 99501
Fax: 907.793.2299

_____
Law Office Of Cris W. Rogers

**LAW OFFICE OF
CRIS W. ROGERS**
2600 Denali St.
Suite 711-B
Anchorage, AK 99503
(907) 565-5663 ph
(907) 565-5684 fax