Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    (907) 793-2200
Fax: (907) 793-2299
E-mail:    gzipkin@guessrudd.com

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| SAFECO INSURANCE<br>COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY<br>MORGAN, individually and<br>as parents of EVAN MORGAN,<br>a minor,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)    Case No. 3:06-cv-15-RRB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |


<u>STIPULATION FOR EXTENSION OF TIME</u>

          The parties, by and through their respective attorneys,

hereby stipulate and agree that plaintiff shall have until

July 9, 2006 in which to file their combined reply to Opposition

to Safeco's Motion for Summary Judgment and opposition to

Defendants' Cross Motion for Summary Judgment.


Stipulation for Extension of Time
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 1 of 2

DATED at Anchorage, Alaska, this 13th day of June, 2006.

GUESS & RUDD P.C.
Attorneys for Plaintiff

By: _____s/Gary A. Zipkin_____
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: gzipkin@guessrudd.com
        Alaska Bar No. 7505048


LAW OFFICE OF CRIS W. ROGERS
Attorneys for Defendants

By: _____s/Michael R. Wirschem_____
        Law Office of Cris W. Rogers
        2600 Denali Street, Suite 711-B
        Anchorage, Alaska  99503
        Phone: 907-565-5663
        Fax:   907-565-5684
        Email: mikewirschem@gmail.com
        Alaska Bar No. 9511049


CERTIFICATE OF SERVICE

I hereby certify that on the
13th day of June, 2006, a copy
of the foregoing document was served
electronically on:

    Michael R. Wirschem, Esq.

Guess & Rudd P.C.


By: ___s/Gary A. Zipkin___
F:\DATA\5500\182\pleading\14 Stip for extension of time.doc


Stipulation for Extension of Time
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 2 of 2