UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

SAFECO INSURANCE CO.   v.   MORGAN

DATE:   June 13, 2006    CASE NO.   3:06-CV-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

---

Based on the Stipulation for Extension of Time filed by the parties, Plaintiff shall have until the close of business on **Monday, July 10, 2006**, in which to file its combined Reply to Opposition to Safeco's Motion for Summary Judgment (Docket 12) and its Opposition to Defendants' Cross-Motion for Summary Judgment (Docket 15).

M.O. GRANTING EXTENSION