Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor,<br><br>      Defendants. | Case No. 3:06-cv-15-RRB |

STIPULATED REQUEST TO DEFER RULING,
AND REQUEST FOR ORAL ARGUMENT,
<u>ON CROSS-MOTIONS FOR SUMMARY JUDGMENT</u>

The parties have set a mediation to attempt to resolve this matter before retired Alaska Superior Court Judge Elaine Andrews on September 21, 2006.  Accordingly, the parties have agreed to request that the court defer consideration of the pending cross-motions for summary judgment until that mediation has taken place.  In the event that the mediation is unsuccessful, the parties do request oral argument on the cross-

Stipulated Request to Defer Ruling and Request Oral Argument
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 1 of 3

motions for summary judgment.  The parties will advise the court by way of a status report either that the case has settled or that oral argument is necessary within 10 days following the date of the mediation.

DATED at Anchorage, Alaska, this 18th day of July, 2006.

>
> GUESS & RUDD P.C.
> Attorneys for Plaintiff
>
> By: _____s/Gary A. Zipkin_____
>     Guess & Rudd P.C.
>     510 L Street, Suite 700
>     Anchorage, Alaska  99501
>     Phone: 907-793-2200
>     Fax:   907-793-2299
>     Email: gzipkin@guessrudd.com
>     Alaska Bar No. 7505048
>
>
> LAW OFFICE OF CRIS W. ROGERS
> Attorneys for Defendants
>
> By: _____s/Michael R. Wirschem_____
>     Law Office of Cris W. Rogers
>     2600 Denali Street, Suite 711-B
>     Anchorage, Alaska  99503
>     Phone: 907-565-5663
>     Fax:   907-565-5684
>     Email: mikewirschem@gmail.com
>     Alaska Bar No. 9511049

Stipulated Request to Defer Ruling and Request Oral Argument
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on the
18th day of July, 2006, a copy
of the foregoing document was served
electronically on:

    Michael R. Wirschem, Esq.

Guess & Rudd P.C.


By:   s/Gary A. Zipkin

F:\DATA\5500\182\pleading\16 STIP defer ruling & req oral argument.doc

Stipulated Request to Defer Ruling and Request Oral Argument
Safeco Insurance Company of America v. Loren Morgan, et al
Case No. 3:06-cv-15-RRB
Page 3 of 3