UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>SAFECO INSURANCE</u>   v.   <u>MORGAN</u>

DATE:   <u>July 19, 2006</u>   CASE NO.   <u>3:06-cv-0015-RRB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING STIPULATION**

---

The parties' Stipulated Request to Defer Ruling and request for Oral Argument on Cross-Motions for Summary Judgment (Docket 21) is hereby **GRANTED**. This matter is held in abeyance pending the outcome of mediation, which is presently scheduled for September 21, 2006. The parties will advise the Court by the close of business on **October 2, 2006.**

M.O. GRANTING STIPULATION