IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE<br>COMPANY OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY<br>MORGAN, individually and<br>as parents of EVAN MORGAN,<br>a minor,<br><br>              Defendants. | **RECEIVED**<br>SEP 2 2 2006<br>CLERK U.S. DISTRICT COURT<br>ANCHORAGE ALASKA<br><br>Case No. 3:06-cv-15-RRB |

### DEFENDANTS' NOTICE RE: MEDIATION

COMES NOW the Defendants, by and through their counsel of record, the LAW OFFICE OF CRIS W. ROGERS, pursuant to the Court's Minute Order From Chambers Granting Stipulation dated July 19, 2006, to notify the Court that the parties mediation September 21, 2006, did not resolve the case.

Furthermore, the undersigned counsel will be out of Alaska from September 22, 2006, until October 2, 2006. If oral argument on the pending cross motions for summary judgment is calendared, the undersigned respectfully requests that oral argument be scheduled at the convenience of the Court and the Plaintiff, but not prior to October 3, 2006, not on the morning of October 26, not on the morning of October 27th, and not during the days November 1st through November 6th, 2006.

Respectfully submitted this 22nd day of September, 2006, at Anchorage, Alaska.

**LAW OFFICE OF**
**CRIS W. ROGERS**
2600 Denali St.
Suite 711-B
Anchorage, AK 99503
(907) 565-5663 ph
(907) 565-5684 fax

LAW OFFICE OF CRIS W. ROGERS<br>
Attorneys For The Defendants

*[signature]*

Michael R. Wirschem<br>
AK Bar # 9511049

CERTIFICATE OF SERVICE
I hereby certify that on this 22nd day of September, 2006, a true and correct copy of the foregoing was hand delivered by messenger to the following:
    Greg Silvey & Gary Zipkin
    Guess & Rudd, P.C.
    510 L. St. Suite 700
    Anchorage, AK 99501

*[signature] Nicule Rucker*
Law Office Of Cris W. Rogers

**LAW OFFICE OF CRIS W. ROGERS**
2600 Denali St.
Suite 711-B
Anchorage, AK 99503
(907) 565-5663 ph
(907) 565-5684 fax