Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor,<br><br>   Defendants. | Case No. 3:06-cv-15-RRB |

REQUEST FOR ORAL ARGUMENT
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

   The parties' efforts to resolve this matter through mediation on September 21, 2006 were not successful. Accordingly, oral argument is hereby requested on the pending cross-motions for summary judgment.

   DATED at Anchorage, Alaska, this 29th day of September, 2006.

>                    GUESS & RUDD P.C.
>                    Attorneys for Plaintiff
>
>                    By:      s/Gary A. Zipkin
>                          Guess & Rudd P.C.
>                          510 L Street, Suite 700
>                          Anchorage, Alaska   99501
>                          Phone: 907-793-2200
>                          Fax:   907-793-2299
>                          Email: gzipkin@guessrudd.com
>                          Alaska Bar No. 7505048

CERTIFICATE OF SERVICE

I hereby certify that on the
29th day of September, 2006, a copy
of the foregoing document was served
electronically on:

    Michael R. Wirschem, Esq.

Guess & Rudd P.C.


By:   s/Gary A. Zipkin
F:\DATA\5500\182\pleading\18 req oral argument.doc