**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 SAFECO INSURANCE      v.   MORGAN, et al. 

DATE:    November 2, 2006    CASE NO.   3:06-CV-0015-RRB 


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS
SCHEDULING ORAL ARGUMENT**

---

          Oral argument (1 hour) on Plaintiff's Motion for Summary Judgment at Docket 12 and Defendants' Cross-Motion for Summary Judgment at Docket 15 will be held on **Thursday, November 30, 2006, at 9:00 a.m.**, in Courtroom 1 in Anchorage, Alaska.

          If it is determined prior to the scheduled hearing that oral argument is not necessary, an order on the cross-motions will enter based on the parties' filings.

M.O. SCHEDULING ORAL ARGUMENT