```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 SAFECO INSURANCE COMPANY OF AMERICA   vs.    LOREN MORGAN, et al

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 3:06-cv-00015-RRB

DEPUTY CLERK/RECORDER:         ROBIN M. CARTER

APPEARANCES:    PLAINTIFF:    GARY ZIPKIN

                DEFENDANT:    MICHAEL WIRSCHEM
                              CHRIS ROGERS

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT
             (DKT 12) AND OPPOSITION/CROSS MOTION (DKT 15)
             HELD 11/30/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:10 a.m. court convened.

Oral arguments heard.

Court heard; these matters taken UNDER ADVISEMENT.  Written ruling to issue.

At 9:44 a.m. court adjourned.

DATE: November 30, 2006           DEPUTY CLERK'S INITIALS: rmc