Michael R. Wirschem, Ak Bar #95-11049
LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone:   907.565.5663
Fax:     907.565.5684
E-mail: mikewirschem@gmail.com

Attorneys For The Defendants

RECEIVED JAN 23 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor,<br><br>　　　　　Defendants. | Case No. 3:06-cv-15-RRB |

### REQUEST FOR ENTRY OF JUDGMENT

COMES NOW the Defendants in the above-captioned action, by and through their attorneys, the LAW OFFICE OF CRIS W. ROGERS, pursuant to FRCP 58(a)(2)(A)(iii) and FRCP 58(d), to request that judgment be set forth by the Court.

RESPECTFULLY SUBMITTED this 23rd day of January, 2007, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　LAW OFFICE OF CRIS W. ROGERS
　　　　　　　　　　　　　　　　Attorneys For The Defendants


　　　　　　　　　　　　　　　　 S/ Michael R. Wirschem
　　　　　　　　　　　　　　　　Michael R. Wirschem
　　　　　　　　　　　　　　　　AK Bar # 95-11049

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Suite 711-B
Anchorage, AK 99503
(907) 565-5663
(907) 565-5684 fax

CERTIFICATE OF SERVICE
I hereby certify that on this 23rd day of January, 2007, a true and correct copy of the foregoing was sent by messenger (and courtesy copy via fax) to the Plaintiff's attorneys of record as follows:

Gary Zipkin
Guess & Rudd, P.C.
510 L. St.  Suite 700
Anchorage, Ak 99501
Fax: 907.793.2299


S/ Michael R. Wirschem
Law Office Of Cris W. Rogers

**LAW OFFICE OF**
**CRIS W. ROGERS**
**2600 Denali St.**
**Suite 711-B**
**Anchorage, AK 99503**
**(907) 565-5663**
**(907) 565-5684 fax**