Kenneth M. Gutsch, Esq.
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor,<br><br>             Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-0015 (RRB)<br>)<br>)<br>)<br>) |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**
**AND ENTRY OF APPEARANCE**

It is stipulated and agreed that the law firm of Richmond & Quinn is substituted as attorney of record for defendant Safeco Insurance Company of America in place of

Guess & Rudd, and hereby enters its appearance as counsel for defendant, Safeco Insurance Company of America.

DATED: January 23, 2007            RICHMOND & QUINN
                                                 Attorneys for Defendant
                                                 Safeco Insurance Company of America

                                             By:  _s/Kenneth M. Gutsch_
                                                 Richmond & Quinn
                                                 360 K Street, Suite 200
                                                 Anchorage, AK 99501
                                                 Ph: 907-276-5727
                                                 Fax: 907-276-2953
                                                 kgutsch@richmondquinn.com
                                                 Kenneth M. Gutsch
                                                 Alaska Bar No. 8811186

DATED: January 23, 2007            GUESS & RUDD P.C.
                                                 Attorney for Defendant
                                                 Safeco Insurance Company of America

                                           By:  _s/Gary A. Zipkin w/consent
                                                 Guess & Rudd
                                                 510 L Street, Suite 700
                                                 Anchorage, AK 99501
                                                 Ph:  907-793-2200
                                                 Fax: 907-793-2299
                                                 gzipking@guessrudd.com
                                                 Gary A. Zipkin
                                                 Alaska Bar No. 7505048

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 23rd day of January, 2007 on:

Michael R. Wirschem
Law Office of Cris W. Rogers
2600 Denali Street, Suite 711-B
Anchorage, AK 99503


___s/Kenneth M. Gutsch_____
    RICHMOND & QUINN

2044.010\Pld\Substitution and Entry of Appearance