Kenneth M. Gutsch, Esq.
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, | ) ) ) ) | Case No. 3:06-cv-0015 (RRB) |
| Defendants | ) ) ) ) | |

**AMENDED STIPULATION FOR SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

It is stipulated and agreed that the law firm of

Richmond & Quinn is substituted as attorney of record for

defendant Safeco Insurance Company of America in place of

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET. SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

Guess & Rudd, and hereby enters its appearance as counsel for

defendant, Safeco Insurance Company of America.

DATED: January 23, 2007                    RICHMOND & QUINN
                                           Attorneys for Defendant
                                           Safeco Insurance Company of
                                           America


                                  By:    s/Kenneth M. Gutsch
                                         Richmond & Quinn
                                         360 K Street, Suite 200
                                         Anchorage, AK 99501
                                         Ph: 907-276-5727
                                         Fax: 907-276-2953
                                         kgutsch@richmondquinn.com
                                         Kenneth M. Gutsch
                                         Alaska Bar No. 8811186


DATED: January 23, 2007                    GUESS & RUDD P.C.
                                           Attorney for Defendant
                                           Safeco Insurance Company of
                                           America


                                  By:    s/Gary A. Zipkin w/consent
                                         Guess & Rudd
                                         510 L Street, Suite 700
                                         Anchorage, AK 99501
                                         Ph:  907-793-2200
                                         Fax:  907-793-2299
                                         gzipking@guessrudd.com
                                         Gary A. Zipkin
                                         Alaska Bar No. 7505048

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

AMENDED STIPULATION FOR SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Safeco Ins. Co. of America v. Morgan, CASE NO. 3:06-cv-0015 RRB
PAGE 2

Safeco Insurance Company of America hereby agrees to the substitution by Richmond & Quinn for Guess & Rudd in this matter.

DATED: January 31, 2007                SAFECO INSURANCE COMPANY OF
                                        AMERICA

By:   _____
                                      Maryle Tracy
                                      Claims Analyst for Safeco
                                      Insurance Company of
                                      America

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

CERTIFICATE OF SERVICE

I HEREBY CERTIFY  that a true and
correct copy of the foregoing was
served by mail this 1st day of
February, 2007 on:

Michael R. Wirschem
Law Office of Cris W. Rogers
2600 Denali Street, Suite 711-B
Anchorage, AK 99503


    s/Kenneth M. Gutsch
        RICHMOND & QUINN

2044.010\Pld\Amended Substitution and Entry of Appearance

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

AMENDED STIPULATION FOR SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Safeco Ins. Co. of America v. Morgan, CASE NO. 3:06-cv-0015 RRB
PAGE 4