Kenneth M. Gutsch, Esq.
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, | ) ) Case No. 3:06-cv-0015 (RRB) ) ) ) |
| Defendants | ) ) |

**SAFECO'S OPPOSITION TO PLAINTIFF'S MOTION FOR
ENTRY OF FINAL JUDGMENT**

COMES NOW plaintiff, Safeco Insurance Company of America, and hereby opposes plaintiff's motion for entry of final judgment.

This case was filed as a declaratory judgment action. Title 28 U.S.C. Sec. 2201(a) provides that "In a case of

actual controversy within its jurisdiction, . . . any court of the United States, upon filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought.  **Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such**."

Thus, this court's decision of December 4, 2006, (determining that Safeco had UM/UIM coverage under its policy) already had the force and effect of a final judgment.

Accordingly, plaintiff's instant motion is moot.[1]

DATED: February 5, 2007           RICHMOND & QUINN
                                  Attorneys for Defendant
                                  Safeco Insurance Company of
                                  America


                              By: _s/Kenneth M. Gutsch_
                                  Richmond & Quinn
                                  360 K Street, Suite 200
                                  Anchorage, AK 99501
                                  Ph: 907-276-5727
                                  Fax: 907-276-2953
                                  kgutsch@richmondquinn.com
                                  Kenneth M. Gutsch
                                  Alaska Bar No. 8811186

---

[1] Because the substitution of Richmond & Quinn for Guess & Rudd is pending before the court, Safeco includes the signature blocks of both counsel in support of this opposition.

DATED: February 5, 2007                GUESS & RUDD P.C.
                                       Attorney for Defendant
                                       Safeco Insurance Company of
                                       America


                              By:   _s/Gary A. Zipkin w/consent
                                    Guess & Rudd
                                    510 L Street, Suite 700
                                    Anchorage, AK 99501
                                    Ph:  907-793-2200
                                    Fax: 907-793-2299
                                    gzipkin@guessrudd.com
                                    Gary A. Zipkin
                                    Alaska Bar No. 7505048

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 5th day of February, 2007 on:

Michael R. Wirschem
Law Office of Cris W. Rogers
2600 Denali Street, Suite 711-B
Anchorage, AK 99503


___s/Kenneth M. Gutsch_____
      RICHMOND & QUINN

2044.010\Pld\Opp to Mo for Entry of Final Judgment

SAFECO'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Safeco Ins. Co. of America v. Morgan, CASE NO. 3:06-cv-0015 RRB
PAGE 3