Michael R. Wirschem, Ak Bar #95-11049
LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone:    907.565.5663
Fax:      907.565.5684
E-mail: mikewirschem@gmail.com

Attorneys For The Defendants

RECEIVED FEB 07 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, | )<br>)<br>) Case No. 3:06-cv-15-RRB<br>) |
| Defendants. | )<br>) |

**REPLY TO SAFECO'S OPPOSITION TO PLAINTIFF'S MOTION FOR ENTY OF JUDGMENT**

COMES NOW the Defendants, by and through their counsel of record, in reply to Safeco's opposition.

On December 4, 2006, this Court issued its Order on the cross-motions for summary judgment. On December 11, 2006, the case management clerk for Judge Beistline confirmed that the Court would electronically issue a judgment. See Affidavit Of Counsel, ¶ 3.

When it appeared that the Court may have overlooked issuance of a judgment, Defendants filed their Request For Entry Of Judgment

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

Page 1 of 2

pursuant to FRCP 58(d), on January 23, 2007.

The Defendants maintain their request for entry of judgment, which will trigger the fourteen (14) day time frame for the Defendants to file their motion for attorney fees as the prevailing party in this case pursuant to FRCP 54(d)(2).

RESPECTFULLY SUBMITTED this 7th day of February, 2007, at Anchorage, Alaska.

LAW OFFICE OF CRIS W. ROGERS
Attorneys For The Defendants

*[signature]*

Michael R. Wirschem
AK Bar # 95-11049

CERTIFICATE OF SERVICE
I hereby certify that on this 7th day of February, 2007, a true and correct copy of the foregoing was sent by messenger (and courtesy copy via fax) to the Plaintiff's attorneys of record as follows:

| Gary Zipkin | Kenneth M. Gutsch |
| Guess & Rudd, P.C. | Richmond & Quinn |
| 510 L. St. Suite 700 | 360 K Street, Suite 200 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |
| Fax: 907.793.2299 | Fax: 907.276.2953 |

*[signature]*
Law Office Of Cris W. Rogers

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

Michael R. Wirschem, Ak Bar #95-11049
LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone:    907.565.5663
Fax:      907.565.5684
E-mail: mikewirschem@gmail.com

Attorneys For The Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE<br>COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY<br>MORGAN, individually and<br>as parents of EVAN MORGAN,<br>a minor,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:06-cv-15-RRB<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA        )
                       ) SS.
THIRD JUDICIAL DISTRICT )

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

I, Michael R. Wirschem, being duly sworn and competent to testify, state the following facts based on my personal knowledge and belief:

1.  I am the attorney in charge of the Defendants' representation in this case.

2.  On December 11, 2006, I phoned the case management clerk for Judge Beistline in Fairbanks. I am pretty sure the individual I spoke with on the phone that day was Carolyn Bollman.

Page 1 of 2

3. I advised the case management clerk that I was calling to confirm that a judgment in this case would be entered by the clerk as noted in Rule 58(a)(2)(A)(iii). She responded that it did appear that the Court had denied all relief, and she stated that a judgment would be entered by electronic filing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael R. Wirschem
AK Bar # 95-11049

SUBSCRIBED AND SWORN TO BEFORE ME THIS 7th day of February, 2007, at Anchorage, Alaska.

_____
Notary Public In/For Alaska
My Commission Expires: 11/28/09

STATE OF ALASKA
NOTARY PUBLIC
Nicole D. Rucker
My Commission Expires Nov. 28, 2009

CERTIFICATE OF SERVICE
I hereby certify that on this 7th day of February, 2007, a true and correct copy of the foregoing was sent by messenger (and courtesy copy via fax) to the Plaintiff's attorneys of record as follows:

| Gary Zipkin | Kenneth M. Gutsch |
| Guess & Rudd, P.C. | Richmond & Quinn |
| 510 L. St. Suite 700 | 360 K Street, Suite 200 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |
| Fax: 907.793.2299 | Fax: 907.276.2953 |

_____
Law Office Of Cris W. Rogers

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

Page 2 of 2