**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

SAFECO INSURANCE COMPANY
OF AMERICA,
        Plaintiff,

                                  Case Number 3:06-cv-00015-RRB

v.

LOREN MORGAN and
MELODY MORGAN,
individually and as parents
of EVAN MORGAN, a minor,
        Defendant.               **JUDGMENT IN A CIVIL CASE**

__XX__  **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT the plaintiff take nothing, that the action be dismissed on the merits, and that defendants LOREN MORGAN and MELODY MORGAN recover of the plaintiff SAFECO INSURANCE COMPANY OF AMERICA  their costs of action.

APPROVED:

S/RALPH R. BEISTLINE
_____
RALPH R. BEISTLINE
United States District Judge

_____
Date: February 15, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                              IDA ROMACK
                              Ida Romack, Clerk of Court

[~3020214.wpd]{JMT2.WPT*Rev.3/03}