Michael R. Wirschem, Ak Bar #95-11049
LAW OFFICE OF CRIS W. ROGERS
2600 Denali Street, Suite 711-B
Anchorage, Alaska 99503
Phone:     907.565.5663
Fax:       907.565.5684
E-mail: mikewirschem@gmail.com

Attorneys For The Defendants

RECEIVED
FEB 21 2007
CLERK, U.S. DISTRICT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,         )<br>)<br>        Plaintiff,        )<br>)<br>vs.                              )<br>)<br>LOREN MORGAN and MELODY   )<br>MORGAN, individually and   )<br>as parents of EVAN MORGAN, )<br>a minor,                         )<br>)<br>        Defendants.        )<br>_____) | Case No. 3:06-cv-15-RRB |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR ATTORNEY FEES**

STATE OF ALASKA        )
                                    ) SS.
THIRD JUDICIAL DISTRICT  )

I, Michael R. Wirschem, being duly sworn and competent to testify, state the following facts based on my personal knowledge and belief:

1.   I am the attorney in charge of the Defendants' representation in this case. Although attorney Cris Rogers and our legal assistant Nicole Rucker have also contributed billable hours to our representation of the Defendants, the Motion For Attorney Fees requests payment only for my billable time.

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

Page 1 of 10

2.  The hourly rate I charge for my work as an attorney is $200.00 per hour. Based on my experience the rate of $200.00 per hour is fair, reasonable and in the middle of the range of the billable hourly rates charged by attorneys here in Anchorage.

3.  Our client has not been charged for the work done on this case.

4.  The total of my billable attorney hours worked in this case is 154.9 hours. My detailed timesheet is as follows:

01.23.06
2.5 hrs.   Review/analysis of Safeco's federal court lawsuit and attorney Zipkin's correspondence.

01.24.06
3.2 hrs.   Continue review/analysis of legal basis for Safeco's federal court lawsuit and legal research re: Alaska law and applicability of AS 21.89.020(i). Draft /revise 01.24.06 letter to Zipkin.

01.25.06
2.0 hrs.   Continue legal research re: issue of retrospective application of AS 21.89.020(i) on UIM coverage, Alaska Law re: retrospective application of amended statutes, Appleman treatise.

01.26.06
2.0 hrs.   Review/analysis of 01.26.06 letter from attorney Zipkin, and review/analysis of case law cited therein.

01.27.06
0.3 hrs.   Draft/revise 01.27.06 letter to attorney Zipkin

02.08.06
0.3 hrs.   Review 02.08.06 letter from attorney Zipkin. TPC w/ client re: Answer to Complaint.

02.09.06
2.0 hrs.   Legal research re: client's procedural options. Legal research re: federal court insurance coverage disputes and federal court jurisdiction.

0.5 hrs.   Draft/revise 02.09.06 letter to client re: legal research results.

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

02.15.06
0.4 hrs.   Continue legal research in conjunction with filing client's Answer To Complaint.

1.5 hrs.   Draft/revise Answer to Complaint and Waiver of Service.

0.1 hrs.   Draft 02.16.06 letter to attorney Zipkin and attorney Silvey.

03.09.06
0.5 hrs.   Review/analysis of Judge Beistline's 03.08.06 Minute Order. Draft proposed Parties' Report On Status Of State And Federal Cases. Draft 03.09.06 letter to attorney Zipkin.

03.13.06
0.3 hrs.   Review/analysis of 03.13.06 letter from attorney Silvey.

03.15.06
0.2 hrs.   Review Safeco's status report re: state and federal cases. Review 03.15.06 letter from attorney Silvey.

03.17.06
0.2 hrs.   Draft/revise 03.17.06 letter to client.

03.18.06
4.5 hrs.   Legal research federal court cases re: insurance coverage and declaratory judgment issues. Research Widiss UM/UIM treatise. Research outside jurisdiction state law cases on UIM offer violations and subsequent legislative amendment cases. Review/analysis of legal research results.

03.23.06
0.1 hrs.   Review/analysis of Judge Beistline's 03.23.06 Minute Order.

03.28.06
2.6 hrs.   Legal research Alaska legislature's enactment of AS 21.89.020(i) and legislative history including committee minutes pertaining to bill which became subsection (I) amendment. Review/analysis of legal research results.

04.02.06
1.5 hrs.   Continue legal research re: state law cases on issue of subsequent legislative amendment in Alaska and outside jurisdictions. Review/analysis of legal research results.

04.03.06
1.0 hrs.   Continue legal research re: Alaska law cases on issue of subsequent legislative amendment to statute. Review/analysis of legal research results.

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

05.04.06
0.2 hrs.   Draft/revise 05.04.06 letter to attorney Silvey.

05.10.06
0.1 hrs.   Review Judge Beistline's 05.10.06 Order re: extension.

05.22.06
2.0 hrs.   Review/analysis of Safeco's Motion For Summary Judgment. Initial review/analysis of legal authority cited therein.

05.23.06
4.0 hrs.   Continue review/analysis of Safeco's MSJ and legal authority cited therein. Begin legal research re: opposition to Safeco's MSJ and cross MSJ.

05.24.06
0.5 hrs.   Review 05.24.06 email from attorney Silvey. TPC w/ attorney Silvey. TPC w/ client re: same.

05.25.06
2.0 hrs.   Continue legal research re: UIM offer violations cases. Continue draft/revise opposition to Safeco's MSJ.

05.26.06
5.0 hrs.   Continue work on opposition to Safeco's MSJ and cross MSJ: Draft/revise pleading, legal research all issues, review/analysis of legal research results.

05.27.06
9.0 hrs.   Over 12.0 hours spent on Continued work on opposition to Safeco's MSJ and cross MSJ: Draft/revise pleading, legal research all issues, review/analysis of legal research results.

05.28.06
9.0 hrs.   Over 12.0 hours spent on Continued work on opposition to MSJ and cross MSJ. Draft/revise pleading, legal research all issues, review/analysis of legal research results.

05.29.06
9.0 hrs.   Over 12.0 hours spent on Continued work on opposition to MSJ and cross MSJ. Draft/revise pleading, legal research all issues, review/analysis of legal research results.

05.30.06
9.0 hrs.   Over 12.0 hours spent on Continued work on opposition to MSJ and cross MSJ. Draft/revise pleading, legal research all issues, review/analysis of legal research results. Edit and revise opposition/cross MSJ pleading.

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

<u>05.31.06</u>
7.5 hrs.   Continued work on opposition to MSJ and cross MSJ. Draft/revise/edit/finalize opposition/cross MSJ pleading. Review file and assemble Exhibits. Telephone conference w/ client to review draft of opposition/cross MSJ pleading.

<u>06.01.06</u>
2.8 hrs.   Finalize selection of Exhibits, draft Table Of Contents of exhibits, draft Affidavit Of Michael R. Wirschem for filing with opposition/cross MSJ pleading. Finalize opposition/cross MSJ pleading for filing in federal court

<u>06.02.06</u>
0.2 hrs.   Draft/revise 06.02.06 letter to attorney Silvey and Safeco adjuster Tracy.

<u>06.11.06</u>
0.5 hrs.   Review/analysis of 06.08.06 letter from Safeco adjuster Tracy. Review 06.09 email from Silvey. Draft email to Silvey. Review reply email from Silvey. Analysis of Safeco's position w/r/t mediation in lieu of proceeding with summary judgment briefing.

<u>06.12.06</u>
0.8 hrs.   TPC w/ client to discuss mediation. Discuss Safeco's mediation proposal w/ attorney Cris Rogers. Draft/revise 06.12 email to attorney Silvey and Safeco Adjuster Tracy re: mediation.

<u>07.07.06</u>
0.1 hrs.   TPC to attorney Silvey, left vmm re: mediators.

<u>07.10.06</u>
1.5 hrs.   Review/analysis of Safeco's Combined Reply and Opposition To Cross Motions For Summary judgment.

<u>07.11.06</u>
3.5 hrs.   Continue review/analysis of Safeco's Combined Reply/Opposition SJ, and review/analysis of legal authority cited therein. Begin draft/revise Defendants' Reply To Safeco' Opposition To Cross MSJ.

<u>07.12.06</u>
4.5 hrs.   Continue draft/revise Defendants' Reply To Opp. Cross MSJ. Online legal research-Shepardize case law.

0.3 hrs.   TPC w/ attorney Silvey re: mediation. Discuss mediation with attorney Cris Rogers. TPC to Andrews ADR-left vmm.

**LAW OFFICE OF
CRIS W. ROGERS**
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

07.13.06
2.5 hrs.    Revise/finalize D's Reply To Opp. Cross MSJ.

0.2 hrs.    TPCs w/ attorney Silvey and Elaine Andrews re: mediation.

08.08.06
0.1 hrs.    Draft 08.08 letter to Elaine Andrews re: mediation.

08.31.06
0.2 hrs.    Review/analysis of Dr. Sherman's economist report re: client's wage loss damages.

09.15.06
2.5 hrs.    Review file in conjunction with preparation for 09.21 mediation. Begin draft/revise Defendants' Mediation Brief.

09.17.06
2.5 hrs.    Continue draft/revise and finalize Defendants' Mediation Brief. Review file in conjunction with selection of exhibits to D's Mediation Brief.

1.0 hrs.    Meeting w/ attorney Cris Rogers: preparation for 09.21 mediation.

09.20.06
2.0 hrs.    Review file and TPC w/ Jerome Sherman, Ph.D., in preparation for 09.21 mediation.

09.21.06
1.0 hrs.    Meeting w/ client. Finalize preparation for mediation.

2.5 hrs.    Attend mediation before Elaine Andrews at Guess and Rudd, 510 L. Street.

09.22.06
0.2 hrs.    Draft/revise Report to the Court re: Mediation.

09.29.06
0.1 hrs.    Review Court minute order re: Report and oral argument.

10.03.06
0.1 hrs.    Review Safeco's request for oral argument.

11.21.06
2.0 hrs.    Begin preparation for oral argument on Safeco's MSJ and Defendants' Cross-MSJ. Online legal research, Sherpardize case law: <u>Holderness</u>, <u>Savage</u>, etc. Review/analysis of legal research results.

**LAW OFFICE OF
CRIS W. ROGERS**
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

11.27.06
5.8 hrs.   Continue preparation for oral argument on MSJ/Cross MSJ. Analysis of all briefing. Analysis of cases cited in briefing.

11.28.06
8.4 hrs.   Continue preparation for oral argument. Analysis of briefing. Analysis of cases cited in briefing. Draft/revise outline for presentation. Online legal research re: reformation versus operation of law, Shepardize Alaska and Oregon case law.

11.29.06
5.0 hrs.   Continue preparation for oral argument. Final analysis of all briefing and case law. Draft/revise and finalize outline for oral argument presentation.

2.0 hrs.   Practice delivery of oral argument. Practice delivery of responses to issues on rebuttal.

11.30.06
1.2 hrs.   Travel to/from federal courthouse. Attend oral argument re: MSJ motions.

12.04.06
0.1 hrs.   Review Minute Order from Court.

0.5 hrs.   Review/analysis of Court's Order On Summary Judgment cross motions.

12.05.06
0.5 hrs.   Additional analysis of Order On Summary Judgment and begin analysis of procedural options for moving case forward.

12.06.06
0.2 hrs.   Draft/revise 12.06 letter to attorneys Zipkin and Silvey.

12.08.06
0.1 hrs.   TPC w/ Mr. Zipkin's office re: receipt of our 12.06 letter.

12.11.06
0.2 hrs.   Review/analysis of federal court rules re: entry of judgment. TPC w/ federal court case manager re: entry of judgment.

01.22.07
0.4 hrs.   Review file to update re: Safeco's substitution of counsel. Draft/revise Request For Entry of Judgment. Draft/revise 01.23.07 Letter to attorney Zipkin and to attorney Gutsch.

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

02.06.07
1.0 hrs.    Review/analysis of Safeco's Opposition to entry of judgment. Review FRCP re: entry of judgment. Draft/revise Reply To Safeco's Opposition to request for entry of judgment. Draft/revise Affidavit Of Counsel for filing w/ Reply to Safeco's Opposition.

02.07.07
1.5 hrs.    Online legal research re: coverage dispute attorney fees.

02.08.07
4.0 hrs.    Continue online legal research re: coverage dispute attorney fees. Review/analysis of legal research results. Shepardize legal research results. Draft/revise 02.08.07 letter to attorney Richmond in response to his letter dated 02.01.07.

02.09.07
0.4 hrs.    Review/analysis of 02.09 letter from attorney Gutsch. Draft/revise 02.09 letter to attorney Gutsch.

02.12.07
2.0 hrs.    Continue online legal research re: coverage dispute attorney fees. Review/analysis of legal research results. Shepardize legal research results.

02.13.07
2.0 hrs.    Continue online legal research re: coverage dispute attorney fees, cases dealing with equitable factors based on "expenses incurred" policy provisions, 9th Circuit case law re: same. Review/analysis of legal research results.

0.5 hrs.    Review/analysis of 02.13 letter from attorney Richmond and case law cited therein (Bonha, Pruitt).

02.16.07
2.0 hrs.    Review Judgment In A Civil Case. Legal research re: cases applying D. Ak. LR 54.3, and review/analysis of legal research results.

02.16-20.07
3.0 hrs.    Draft/revise and finalize Motion For Attorney Fees. Draft/revise Affidavit Of Counsel In Support Of Motion For Attorney Fees.

5.   Total attorney fees incurred in this action are 154.9 hours multiplied by $200.00 per hour for a total of $30,980.

6.   I have attached to the Motion For Attorney Fees as Exhibit 1 the billable attorney hours I have worked in another lawsuit

LAW OFFICE OF
CRIS W. ROGERS
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

currently before the Superior Court for the State of Alaska which also involves Dr. Morgan's claim for payment of his damages by Safeco Insurance Company Of America for this loss, and which is entitled <u>Loren Morgan v. Safeco Insurance Company Of America, Ribelin Lowell & Company Insurance Brokers, Inc., Alaska USA Insurance Brokers, LLC</u>, 3AN-06-5293 CI.  I have provided this Court with <u>Exhibit 1</u> to show that I have not submitted with the instant motion any of the time worked in the superior court case.

7. Pursuant to D.Ak. LR 54.3, Rule 82, Alaska Rules of Civil Procedure, and the facts presented in this case, the Defendants respectfully request an award of 75% of their attorney fees in the amount of $23,235 to be paid by Safeco Insurance Company of America within ten (10) days.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael R. Wirschem
AK Bar # 9511049

SUBSCRIBED AND SWORN TO BEFORE ME THIS 20th day of February, 2007, at Anchorage, Alaska.

_____
Notary Public In/For Alaska
My Commission Expires: 11/28/2009

STATE OF ALASKA
NOTARY PUBLIC
Nicole D. Rucker
My Commission Expires Nov. 28, 2009

**LAW OFFICE OF CRIS W. ROGERS**
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax

CERTIFICATE OF SERVICE
I hereby certify that on this 21st day of February, 2007, a true and correct copy of the foregoing was sent by messenger (and courtesy copy via fax) to the Plaintiff's attorneys of record as follows:

| | |
|---|---|
| Gary Zipkin | Kenneth M. Gutsch |
| Guess & Rudd, P.C. | Richmond & Quinn |
| 510 L. St. Suite 700 | 360 K Street, Suite 200 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |
| Fax: 907.793.2299 | Fax: 907.276.2953 |

*[signature]*
Law Office Of Cris W. Rogers

**LAW OFFICE OF
CRIS W. ROGERS**
2600 Denali St.
Ste. 711-B
Anchorage, AK 99503
(907) 565-5663 tele
(907) 565-5684 fax