

RECEIVED

FEB 21 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**EXHIBIT 1:   ATTORNEY TIMESHEET IN STATE COURT CASE**

01.27.06
0.5 hrs.    TPC w/ client re: Ribelin Lowell and Alaska USA re: Safeco's federal court lawsuit. Draft/revise 01.27.06 letter to Ribelin Lowell c/o Alaska USA.

01.31.06
0.2 hrs.    TPC w/ associate of Alaska USA re: Safeco's federal court lawsuit and obtaining copies of insurance policies.

02.02.06
0.1 hrs.    Review phone message from attorney Reckmeyer re: Ribelin Lowell. Draft 02.02.06 letter to attorney Reckmeyer.

02.15.06
3.5 hrs.    Legal research re: broker/agent liability. Review/analysis of legal research results. Draft/revise state court Complaint.

02.16.06
0.2 hrs.    TPC w/ attorney Reckmeyer re: Ribelin Lowell and Alaska USA.

03.09.06
1.0 hrs.    Research service of process (SOA website and TPCs w/ Division of Insurance) for service of state court lawsuit on Ribelin Lowell and Alaska USA.

03.21.06
0.2 hrs.    Review service confirmation re: Safeco.  Draft Notice of Service in state court case.

03.25.06
0.1 hrs.    Review/analysis of Safeco's Notice Of Correction in state court case.

04.03.06
0.7 hrs.    Review/analysis of Defendant Alaska USA's Answer to Complaint.  Draft Demand for Jury Trial in state court case.

04.25.06
0.3 hrs.    Review/analysis of Safeco's Answer and Demand for Jury Trial in state court case.

04.27.06
1.0 hrs.    Review/analysis of Safeco's Motion To Stay state court case.

04.28.06
0.3 hrs.    Draft/revise Stipulation For Stay of state court case. Draft 04.28.06 letter to attorneys Silvey and Zahare.

05.22.06
0.2 hrs.    Review/analysis of Defendant Ribelin Lowell's Answer.

08.09.06
0.2 hrs.    Draft/revise 08.09 letter to attorneys Silvey, Zahare and Pease re: resolution of state court case.

08.31.06
0.1 hrs.    Review 08.30 letter from attorney Pease.

01.25.07
0.2 hrs.    Review/analysis of attorney Richmond's 01.24 letter.

01.29.07
0.2 hrs.    Review/analysis of Safeco's Motion To Lift Stay in state court case.

01.30.07
0.3 hrs.    Draft/revise and finalize Opposition To Safeco's Motion To Lift Stay in state court case.

02.10.07
0.1 hrs.    Review/analysis of Judge Christen's Order denying Motion To Lift Stay without prejudice.

TOTAL: 9.4 HOURS

_____
Michael R. Wirschem
Alaska Bar # 9511049