IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor.<br><br>      Defendants. | Case No. 3:06-cv-0015-RRB<br><br><br>**ORDER GRANTING ATTORNEY FEES** |

      Defendants were the prevailing party in this matter and entitled to attorney fees pursuant to Alaska Civil Rule 82. Defendants incurred reasonable attorney fees of $30,980. Although Alaska Civil Rule 82 contemplates an award of 20% of actual fees, the Court concludes that an award of 40% is more appropriate given the significance of the legal issue involved and the time required to litigate it.

ORDER GRANTING ATTORNEY FEES - 1
3:06-CV-0015-RRB

      Attorney fees are therefore assessed against Plaintiff in the sum of $12,392.

      ENTERED this 13th day of March, 2007.

                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE