Kenneth M. Gutsch, Esq.
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
PH:  (907) 276-5727
FAX: (907) 276-2953
kgutsch@richmondquinn.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor,<br><br>                    Defendants | Case No. 3:06-cv-0015 (RRB) |

**SATISFACTION OF JUDGMENT**

COME NOW, defendants LOREN MORGAN and MELODY MORGAN, individually and as parents of EVAN MORGAN, a minor, and hereby give notice that the attorney fees award in the above-

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

referenced case has been satisfied.

DATED: 03.15.2007

LAW OFFICE OF CRIS W. ROGERS
Attorneys for Defendants
LOREN MORGAN and MELODY
MORGAN, individually and as
parents of EVAN MORGAN, a
minor

By: *[signature]*
LAW OFFICE OF CRIS W. ROGERS
2600 Denali St., Ste. 711-B
Anchorage, AK  99503
Ph: 907-565-5663
Fax: 907-565-5684
mikewirschem@gmail.com
Michael R. Wirschem
Alaska Bar No. 9511049

2044.010\Pld\Satisfaction of Judgment

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953